UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DW PROPERTIES,

                Plaintiff,

-v-

LIVE ART INC.,

                Defendant.

23-CV-7004 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, New York County, on August 9, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 23, 2023.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 15, 2023.

SO ORDERED.

Dated: August 11, 2023
        New York, New York

_____
J. PAUL OETKEN
United States District Judge