UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DW PROPERTIES, a Belgian private limited company,<br><br>*Plaintiff*,<br><br>-against-<br><br>LIVE ART MARKET, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 23-cv-7004 (JPO) |

On consent of the parties, the caption of this case is hereby amended as shown above.

The Clerk is directed to reflect the amended case name on ECF.

So ordered.
8/28/2023

_____
J. PAUL OETKEN
United States District Judge

-1-