# EXHIBIT A



# INVOICE #000067

November 18th, 2021

**DW Properties**
43 Drève Pittoresque
1180 Uccle
Belgium

| Artwork | Details | Purchase Price |
|---|---|---|
|  | **Cornelius Annor**<br>*ya tena ase*<br>Acrylic, fabric collage and fabric transfer on canvas<br>213 x 152 cm | $80,000 USD |

*\*\*Taxes and duties to be calculated on determination of shipment destination*

Total due: $80,000 USD

Please pay via Wire Transfer to:

**Live Art Market, Inc.**
700 Rockland Road, Box 153
Rockland, DE 19732
Bank JP Morgan Chase Bank
Routing 021000021
Account 736860021
SWIFT CHASUS33



## TERMS AND CONDITIONS OF SALE

- Payment of the full Purchase Price is due at the end of the month of November, for which time is of the essence. Title shall not pass, and the Work shall not be released, until payment in full is received in good, cleared funds.

- Seller warrants that good title to the Work shall pass upon payment of the Purchase Price and that the Work was created by the artist, but the Work is otherwise sold "as is" without any representations or warranties of any kind whatsoever, express or implied, including without limitation, representations and warranties as to value, condition, or other matters. The benefits of the representations and warranties in this Invoice survive the completion of the sale and inure to the benefit of Buyer, but not to subsequent owners or others who may acquire an interest in the Work.

- The artist retains all copyright and other intellectual property rights to the Work, and no such rights are being transferred as part of the sale of the Work.

- Unless otherwise agreed in writing (a) all crating, packing, shipping, and insurance costs are the responsibility of the Buyer and are not included in the Purchase Price, and (b) risk of loss or damage passes to Buyer upon the Work's release to Buyer or Buyer's agent. Seller recommends that Buyer confirm that insurance in the amount of the Purchase Price is in place before the Work is released.

- New York State sales tax shall be charged on any property picked up or delivered in New York State, regardless of the state or country in which Buyer resides or does business, unless Buyer provides a "resale certificate" or documentation of an exemption from the requirement to pay New York State sales tax. If Buyer has requested that the Work be delivered out-of-state, and subject to the Supreme Court's ruling in *South Dakota v. Wayfair* which obligates Seller to collect sales tax on certain purchases shipped out-of-state, Buyer may not be charged New York State sales tax, but Buyer shall reimburse Seller for all costs and expenses incurred shipping the Work to Buyer within three business days of receiving an invoice of such costs and expenses from Seller. If sales tax is not charged by Seller at the time of purchase, Buyer remains responsible for any applicable use taxes where the Work is delivered. If sales tax is not charged at the time of purchase but is assessed against Seller at a later date, Buyer shall defend, indemnify, and hold Seller harmless with respect to any sales tax (including interest and penalties) which may hereafter be claimed or determined to be due by any tax authority.

- This Invoice is confidential.

- This Invoice shall be governed by New York law. In the event of a dispute that cannot be resolved amicably, Buyer agrees to submit to the exclusive jurisdiction of the state courts of, and the federal courts sitting in, the State and County of New York. The prevailing party shall in any dispute shall be entitled to its costs, including its reasonable attorneys' fees.

- This Invoice contains the entire understanding between Buyer and Seller. It may not be changed except by a writing signed by the parties. Buyer and Seller have had an opportunity to participate in the drafting of this Invoice. Neither party may assign their rights or obligations under this Invoice without the prior written consent of the other party. Signatures sent by facsimile transmission and scanned executed Invoices in PDF format sent by email transmission are each valid, binding and deemed an original for all purposes. Each of the parties shall, however, reasonably cooperate with the other in executing further documents or taking further actions as are necessary to fulfill the purposes of this Invoice.

- Payment constitutes acknowledgment of, and agreement to, these terms.

**ACKNOWLEDGED AND AGREED:**     **LIVE ART MARKET, INC.**

By: _____     By: _____