# EXHIBIT B

# GOOD LAMP

12 November 2021

LiveArt Market Inc ("Buyer")
700 Rockland Road, Box 153
Rockland, DE 19732

Invoice: 2021096



**Cornelius Annor**  $ 75,000.00
Ya Tena Ase, 2021
Acrylic paint, fabric collage, fabric transfer on canvas
213 x 152 cm

**Total:**  $ 75,000.00

Payment due on or before November 26, 2021

Crating, transportation and insurance are the responsibility of the buyer.

**Buyer agrees to include the following resale restrictions when reselling these artworks:**

Buyer agrees it will not, under any circumstances offer The Artwork through an art fair or public auction for a three (3) year period (the "Non-Resale Period") starting from the date of this invoice. The Artwork is also sold on condition that, during the Non-Resale Period, The Buyer will not offer The Artwork for a private sale to a third party other than by offering GOOD LAMP a first right of refusal to carry out this sale.

Payment by Bank Transfer:

Valley National Bank 1460 Valley Rd. Wayne, NJ 07470 USA

Account **GOOD LAMP LLC** Acct # **42469775** ABA **021201383** SWIFT MBNYUS33