# **EXHIBIT C**

| | |
|---|---|
| **From:** | Seth Watsky <SWatsky@phillips.com> |
| **Sent:** | Thursday, April 13, 2023 6:41 PM |
| **To:** | Jean-Paul Engelen |
| **Subject:** | Fwd: CORNELIUS ANNOR: YA TENA ASE |
| **Attachments:** | LIVEART INVOICE.pdf |

Hope you don't mind responding to this one.

Get Outlook for iOS

---

**From:** Jeremy Larner <jeremy@jklworldwide.com>
**Sent:** Thursday, April 13, 2023 5:48:10 PM
**To:** Seth Watsky <SWatsky@phillips.com>
**Cc:** Jean-Paul Engelen <JPEngelen@phillips.com>; Maggie Merrell <maggie@jklworldwide.com>; Thomas Danziger <thomas@danziger.com>; GEORGE O'DELL <george.odell@icloud.com>
**Subject:** CORNELIUS ANNOR: YA TENA ASE

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hello Team:

I hope all is well

It has come to my attention that somebody is attempting to consign the work in the attached invoice to Phillips

Please be advised this work is restricted from going to auction until November 13, 2024, and that it is also subject to a right of first refusal which has not been given to my company Good Lamp.

Many thanks for not accepting this consignment, as it is only going to cause damages and headaches for all.

Best

Jeremy



CONFIDENTIAL
PHIL000570